

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00055-CV

---

IN THE MATTER OF THE MARRIAGE OF KAREN HEIDE HOSTUTLER AND MICHAEL PAUL HOSTUTLER AND IN THE INTEREST OF S.M.H. AND T.R.H., CHILDREN

---

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 23D1188-CCL

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

The appellant has filed a motion with this court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See*

TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Scott E. Stevens
Chief Justice

Date Submitted:     September 23, 2024
Date Decided:       September 24, 2024